UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCOPE LOGISTICAL SPECIALIST, INC.   CIVIL ACTION

-VERSUS-   NUMBER 10-1608

PRESTON M. COPE and SCOPE
INTERNATIONAL OILFIELD
SERVICES & RENTALS, INC   SECTION "S"(1)

: : : : : : : : : : : : : : : : : : : : : :

## ~~PROPOSED~~ JUDGMENT OF CONSENT

Considering the foregoing Joint Motion for Consent Judgment, Judgment is hereby entered as follows:

**IT IS ORDERED BY CONSENT** that Preston M. Cope is hereby enjoined from:

a.  Interfering or causing interference with Scope Logistical Specialist, Inc.'s right to freely and without interruption access and use its cash; and

b.  Interfering or causing interference with Scope Logistical Specialist, Inc.'s right to freely and without interruption access and use all other assets owned by Scope Logistical Specialist, Inc.;

**IT IS FURTHER ORDERED BY CONSENT** that Preston M. Cope and Scope International

Oilfield Services & Rentals, Inc., which shall include its officers, agents, servants, employees, and attorneys are hereby enjoined from:

    a.    Threatening, harassing or coercing Scope employees or from directing or causing Scope employees to be threatened, harassed, or coerced; and

    b.    Interfering or causing interference with plaintiff's relationships with its employees, including Scope's efforts to conduct business through and with the use of its employees.

**IT IS FURTHER ORDERED BY CONSENT** that Scope Logistical Specialist, Inc.'s officers and agents shall not withdraw funds belonging to Scope Logistical Specialist, Inc. for his or her own personal use, excepting only those withdrawals which constitute reimbursement of documented business related expenses and/or earned wages and benefits.

**IT IS FURTHER ORDERED THAT** the parties are not enjoined from taking any action to enforce any legal rights or causes of action that they might otherwise have, and that all rights to that effect are reserved unto each party.

**THUS DONE AND SAID THIS** 2nd **DAY OF JUNE, 2010.**

_____
UNITED STATES DISTRICT JUDGE